# EXHIBIT B



July 15, 2022

**VIA EMAIL TO FINANCE@AMBERSTUDIO.COM**

Amber Studio S.A.
15 Charles de Gaulle Square, Charles de Gaulle Plaza, Floors 10 & 11
Bucharest, Romania
finance@amberstudio.com

RE: GLA Termination

Dear Mihai:

I write concerning the Game License Agreement ("**GLA**") dated as of September 25, 2021 between Amber Studio S. A. ("**Amber**") and NC Interactive, LLC ("**NCI**"). Capitalized terms that are not defined in this letter have the meanings assigned in the GLA.

Amber has failed to perform its obligations under the GLA. As such, the GLA is terminated effective today.

Without limiting Amber's obligations – or NCI's rights or remedies – under the GLA, Amber must do the following:

- Immediately pay the enclosed invoice for **$138,378.70**, representing the undisputed, known Revenue Share due and payable based on the one Quarterly Report Amber has provided to date;[1]
- Send NCI Quarterly Reports for periods not covered by the enclosed;
- Cease any use of the Game Components, Game Services, etc., except as necessary to fulfill its termination-related obligations under the GLA; and
- Return to NCI all assets (*e.g.*, computer files saved on magnetic media, printed schematics, etc.) licensed by NCI under the GLA.

The above bullets do not exhaustively list Amber's obligations in connection with terminating the GLA. Similarly, this letter is *not* an offer of settlement, and NCI reserves all rights in this matter, including, without limitation, its rights to inspect "All books and records related to Licensee's obligations [under the GLA]," to demand payment of the Minimum Guarantee and any other sums under the GLA, and to enforce its intellectual property rights that Amber wrongly purported to sublicense.

---

[1] On June 14, 2022, Mihai Pohontu committed to Jeff Anderson that upon receipt of this invoice, Amber would pay within 24 hours.



      We expect Amber to pay the enclosed invoice immediately and provide written confirmation by July 20, 2022, that Amber will comply with its termination-related obligations under the GLA, including those highlighted above. Otherwise, NCI will resort to formal recovery options, including seeking costs (*e.g.*, reasonable attorneys' fees) arising out of Amber's breach of the GLA.

      Very truly yours,

*Janet Lin*

Janet Lin
SVP & General Counsel

cc:     legal@amberstudio.com, General Counsel (Amber)
         mihai@amberstudio.us, Mihai Pohontu
         psweeney@ielawgroup.net, Patrick Sweeney
         Christopher.Wyant@klgates.com, Christopher Wyant

Encl: Invoice Dated 7/15/2022

**NC Interactive, LLC**
**3180 139th Ave SE Suite 500**
**Bellevue WA   98005**

| Invoice | INV030729 |
|---|---|
| Date | 7/15/2022 |
| Page | 1 |

**Bill To:**

AMBER STUDIO S.A
15 Charles de Gaulle Square
Charles de Gaulle Plaza
Bucharest

**Ship To:**

AMBER STUDIO S.A
15 Charles de Gaulle Square
Charles de Gaulle Plaza
Bucharest

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| DEC 2021- FEB 2022 | AMBER STUDIO | | | Due on receipt | 7/15/2022 | 38,638 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | DC-MERCHANDISE | Merchandise | $0.00 | $138,378.70 | $138,378.70 |

| | |
|---|---|
| Subtotal | $138,378.70 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $138,378.70 |