UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NC INTERACTIVE, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMBER STUDIO S.A., a Romanian company.<br><br>　　　　　　　　　　Defendant. | Case No. 2:22-cv-1251<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL EXHIBIT A TO COMPLAINT** |

THIS MATTER came before the Court on Plaintiff NC Interactive, LLC's Motion to Seal Exhibit A to Complaint (the "Motion"). The Court, having reviewed the Motion, the Declaration of Alexander Hecker in support of the Motion, and being fully advised on the matter, hereby GRANTS the Motion. Exhibit A to the Complaint will be filed and remain under seal.

IT IS SO ORDERED.

Dated this 23rd day of September, 2022.

_____
Hon. John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO SEAL - 1
Case No. 2:22-cv-1251

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  Presented by:

2

3  K&L GATES LLP

4  By   s/ Christopher M. Wyant
      Christopher M. Wyant, WSBA #35561
5        Ruby Nagamine, WSBA # 55620
  925 Fourth Avenue, Suite 2900
6  Seattle, WA  98104
  Phone:  (206) 623-7580
7  Fax:  (206) 623-7022
  E-mail:  chris.wyant@klgates.com
8          ruby.nagamine@klgates.com

9
  Attorneys for Plaintiff
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO SEAL - 2
Case No. 2:22-cv-1251