Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NC INTERACTIVE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMBER STUDIO S.A., a Romanian company.<br><br>Defendant. | Case No. 2:22-cv-1251-JHC<br><br>ORDER |

Without prejudice to any of the parties' rights or defenses, Defendant Amber Studio S.A.'s time to respond to the Complaint in this action shall be extended for 28 days, until December 12, 2022.

Dated: November 15th, 2022

*John H. Chun*
Honorable John Chun
United States District Court Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND RESPONSE DATE- 1
Case No. 2:22-cv-1251-JHC
506197160.1