HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NC INTERACTIVE, LLC, a Delaware limited liability company,

        Plaintiff,

  v.

AMBER STUDIO S.A., a Romanian company; THE SYNDICATE PRODUCTION PTE LTD, a Singapore entity; SUPERPOWER LABS, INC. a Delaware corporation, JOHN DOES 1 through 10, inclusive,

        Defendants.

Case No. 2:22-cv-01251-RAJ

**ORDER GRANTING MOTION TO SEAL**

        This matter is before the Court on Defendant's motion to seal. Dkt. # 40. For the reasons below the Court **GRANTS** the motion.

        The Court finds that there are compelling reasons to grant Syndicate Defendants' Motion to Dismiss and seal Exhibit 1 and Exhibit 2 to Syndicate Defendants' Motion to Dismiss because they contain confidential, non-public contracts that contain competitively sensitive information that would benefit Defendants' competitors if made public. Accordingly, it here hereby **ORDERED**:

        (1) Exhibit 1 to the Motion to Dismiss (Dkt. 41) shall be sealed;

        (2) Exhibit 2 to the Motion to Dismiss (Dkt. 41) shall be sealed;

ORDER – 1

(3) A redacted version of the Motion to Dismiss shall be publicly filed to conceal excerpts from Exhibit 1 and Exhibit 2 to Syndicate Defendants' Motion to Dismiss and Exhibit A to the First Amended Complaint.

DATED this 13th day of July, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2